UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 18-49548

GREGORY MOORE, *pro se*,                        Chapter 7

        Debtor.                                 Judge Thomas J. Tucker

_____/

## ORDER DISMISSING CASE

On July 6, 2018, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case, and the Debtor also filed, among other documents, a document entitled "Certificate of Counseling" (Docket # 1, at pdf p. 9), which states that on *April 21, 2015*, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

This Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That section provides in relevant part, that:

> an individual may not be a debtor under this title unless such individual has, **during the 180-day period ending on the date of filing the petition by such individual**, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

(Emphasis added).

The Debtor did not receive the required credit counseling briefing *during the 180-day period ending on the date of the filing of the petition*. The only credit counseling certificate that the Debtor has filed shows that the Debtor received the credit counseling briefing on April 21, 2015, more than three years before the petition was filed in this case.

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed on July 31, 2018**



                **/s/ Thomas J. Tucker**
                **Thomas J. Tucker**
                **United States Bankruptcy Judge**